IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSE L. AGREDANO,

      Petitioner,                    No. CIV S-10-0427 KJM EFB P

    vs.

S. SALINAS,

      Respondent.             ORDER
_____/

      Petitioner, a state prisoner proceeding without counsel, filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Judgment was entered in this action on February 17, 2012. On February 27, 2012, petitioner filed a notice of appeal. On March 6, 2012, petitioner filed a request to proceed *in forma pauperis* on appeal.

      Rule 24(a) of the Federal Rules of Appellate Procedure provides that a party to a district court action who desires to proceed *in forma pauperis* on appeal must file a motion in the district court which:

      (A) shows in the detail prescribed by Form 4 of the Appendix of Forms the party's inability to pay or to give security for fees and costs;
      (B) claims an entitlement to redress; and
      (C) states the issues that the party intends to present on appeal.

Fed. R. App. P. 24(a)(1). Petitioner's motion fails to satisfy all three requirements.

1    Accordingly, IT IS HEREBY ORDERED that petitioner's March 6, 2012 request to
2 proceed *in forma pauperis* on appeal is denied without prejudice.  The Clerk of the Court is
3 directed to serve a copy of this order on the United States Court of Appeals for the Ninth Circuit,
4 and petitioner is hereby informed that he may file a motion to proceed *in forma pauperis* in the
5 United States Court of Appeals for the Ninth Circuit.  *See* Fed. R. App. P. 24(a)(5).
6 DATED:  April 30, 2012.

　　　　　　　　　　　　／s／ Edmund F. Brennan
　　　　　　　　　　　　EDMUND F. BRENNAN
　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE